■    In the Matter of KISMET RESTAURANT, INC., Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Determination and order of State Liquor Authority unanimously confirmed in all respects, with costs to respondent.    On this record, the warning letters were not admissible in the main proceeding unless they had been supported by proof of the incidents to which they referred.    In considering punishment, however, the notices, with proof of no objection or correction by the licensee, could have been considered.    Nevertheless, on the whole record, without the warning letters, there is ample evidence to support the determination and the penalty imposed. Concur—Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■    In the Matter of BLU-STRIKE REALTY CO., INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.—Order unanimously modified, on the facts, so as to fix the values for the three tax years under review at: Land $92,000, Building $600,000, Total $692,000, and as so modified the order is affirmed, with $20 costs and disbursements to the appellant.    The building value fixed by Special Term, on this record, is not justified.    Settle order on notice.    Concur —Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■    DEWITT C. FISHMAN, Respondent, v. LAWRENCE WAGNER et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent.    The affidavits submitted by the defendants, in opposition to the motion to change the venue to Westchester County and in support of the cross motion to remove the action to Essex County, fail to show that the defendants are residents of Essex County within the meaning and requirements of section 182 of the Civil Practice Act.    Under the circumstances, since plaintiff is a resident of Westchester County, the removal of the action to that county was proper.    Concur—Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■    CONSTANCE C. KNIGHT et al., Individually and on Behalf of All Other Stockholders of KRODER REUBEL CO., INC., Similarly Situated, Respondents, v. ARTHUR SARKISIAN et al., Appellants, et al., Defendants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents.    No opinion.    Concur—Botein, P. J., M. M. Frank, Valente, McNally and Bastow, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED RICKETTS, Appellant.— Order unanimously affirmed.    No opinion.    Concur— Botein, P. J., M. M. Frank, Valente, McNally and Bastow, JJ.

■    WILLIAM D. NAGLE, Appellant, v. MORTIMER BRANDENBURG, Individually and as President of Liquor Salesmen's Union Local No. 2, Affiliated with the Distillery, Rectifying Wine and Allied Workers' International Union of America, et al., Respondents.—Order unanimously affirmed, with $20 costs and disbursements to the respondents.    No opinion.    Concur—Botein, P. J., M. M. Frank, McNally and Bastow, JJ.

■    HENRY L. MCCARTHY, Commissioner of Welfare of the City of New York, as Assignee of CHARLES SHERIDAN and Another, Respondent, v. MILTON M. KARPEL, Appellant.—Judgment unanimously affirmed, with costs to the respondent.    No opinion.    Concur—Botein, P. J., M. M. Frank, Valente, McNally and Bastow, JJ.